# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**A & D FIRE PROTECTION, INC.,** *

Plaintiff, *

v. * No. 03-1157C

**THE UNITED STATES,** * (Filed July 16, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

At the request of counsel for plaintiff and further to several off-the-record telephone conference calls and e-mails with the court's judicial assistant and both counsel since late June 2008,

**IT IS ORDERED**, as follows:

1. Both parties may submit an ADR memorandum, not to exceed ten pages, to chambers by overnight mail or e-mail attachment by August 13, 2008.

2. Due to scheduling conflicts which will not permit an earlier date, the two-day ADR conference shall commence at 9:30 a.m. on Thursday, August 21, 2008, in Riverside, CA.

3. All information and documents submitted to the ADR judge for purposes of ADR will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

s/ Christine O. C. Miller

_______________________________________

**Christine Odell Cook Miller**
Judge

cc: Judge Bush