# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**A & D FIRE PROTECTION, INC.,** *

Plaintiff, *

v. * No. 03-1157C

**THE UNITED STATES,** * (Filed Aug. 25, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

______The Alternative Dispute Conferences conducted on August 21-22, 2008, in Riverside, CA, including the site visit, did not result in an offer of settlement acceptable to the parties. Accordingly,

**IT IS ORDERED**, as follows:

This case is returned to the presiding judge for further proceedings.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Bush